# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| Sprague Energy Corp. | ) | CIVIL ACTION NO. 10-CV- |
|     Plaintiff, | ) | |
| v. | ) | |
| Sargeant Marine, Inc., and<br>Asphalt Caribbean, Inc.<br>    *in personam*, | ) | |
| and | ) | |
| M/T SEMINOLE, her engines,<br>gear, fittings, and appurtenances,<br>    *in rem* | ) | |
|     Defendant | ) | |

## **VERIFIED COMPLAINT**

NOW COMES Plaintiff, Sprague Energy Corp., by and through its counsel, Michael X. Savasuk, and for its Verified Complaint, herein alleges upon information and belief as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears, and an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Sprague Energy Corp. was and still is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, with a principal place of business at 59 Main Street, South Portland, Maine 04106.

3.      At all times hereinafter mentioned, Defendant Sargeant Marine, Inc. was and still is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, which owns and/or operates/manages the M/T ASPHALT SEMINOLE. Its principle place of business is Suite 100, 3020 M. Military Trail, Boca Raton, Florida 33431-1805.  Through the operation of the M/T SEMINOLE, said Defendant corporation was doing business in Maine, more specifically at the terminal owned and operated by Sprague Energy Corp. in South Portland, Maine.

4.      At all times hereinafter mentioned, Asphalt Caribbean, Inc. was and still is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, which owns and/or operates/manages the M/T ASPHALT SEMINOLE. Its principle place of business is Suite 100, 3020 M. Military Trail, Boca Raton, Florida 33431-1805.  Through the operation of the M/T SEMINOLE, said Defendant corporation was doing business in Maine, more specifically at the terminal owned and operated by Sprague Energy Corp. in South Portland, Maine.

5.      The M/T ASPHALT SEMINOLE, Official Number 9263942-404043 is or will be in the jurisdiction of this Court, and if not, then by agreement, the owners/operators have agreed to jurisdiction within this Court.  *See* attached letter of undertaking as **Exhibit A** to this Complaint.

6.      At all times hereinafter mentioned, Plaintiff was the owner and operator of a terminal and docking facility at 59 Main Street, South Portland, Maine 04106.

7.      On or about June 2, 2009, the M/T ASPHALT SEMINOLE was docked at the Sprague Energy Terminal in South Portland, Maine, and began to discharge asphalt to Plaintiff's shoreside storage tanks at the terminal.

8.  During discharge at Plaintiff's terminal, as a result of the defaults, negligence, omissions and lack of care of the Captain and crew of the M/T ASPHALT SEMINOLE, who are servants and employees of Defendant, Plaintiff's manifold, which was connected to the hose from which the M/T ASPHALT SEMINOLE was discharging her cargo of asphalt, was damaged, causing asphalt to spill on the dock and into the water in South Portland, Maine.  As a result of said spill, Plaintiff suffered damages in costs of repairs to the dock and manifold, loss of time, costs of cleanup, and penalties issued by the United States Coast Guard for the spill.

9.  Plaintiff has put Defendant on notice and demanded compensation for the damages suffered, which Defendant denied.  Damages to date are in excess of fifty six thousand dollars ($56,000), which will be proven at the time of trial.

    WHEREFORE Plaintiff demands:

(a)  Judgment against Defendant for the damages alleged herein, together with pre- and post-judgment interest, costs, and attorney's fees.

(b)  Such other and further relief as this Honorable Court may deem just and proper in the premises.

Dated: August 2, 2010
    Portland, Maine        /s/ Michael X. Savasuk
                                      Michael X. Savasuk, Esq., ME Bar No. 2708
                                      Counsel for Plaintiff Sprague Energy Corp.
                                      Two Portland Fish Pier, Suite 213
                                      P.O. Box 267
                                      Portland, Maine  04112-0267
                                      (207) 773-0788

-4-

## **VERIFICATION**

Paul A. Scoff, having been duly sworn, on oath, does hereby depose and say as follows:

1. I am the authorized representative of Plaintiff Sprague Energy Corp. in this matter.

2. I have read the foregoing Complaint and the same is true to the best of my knowledge, information and belief, and where stated upon information and belief, I believe it to be true.


Sworn to this 18th day of June 2010:

/s/ Paul A. Scoff
Paul A. Scoff, Vice President and General Counsel